

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00828-CV

Jose L. **CABRERA**,
Appellant

v.

**CITIMORTGAGE INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380526
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED May 1, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice